P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 5:22-cv-1348 |
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| TWENTY4SEVEN HOTELS CORPORATION, | |
| Defendant. | |

The parties jointly move for an Order dismissing the above case with prejudice. Each party shall bear their own costs, attorneys' fees and expenses.

RESPECTFULLY SUBMITTED this 28th day of June, 2023.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik
Attorneys for Plaintiff

/s/ Stephen Abraham
Stephen Abraham
Attorneys for Defendant