JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>TWENTY4SEVEN HOTELS CORPORATION,<br><br>Defendant. | Case No: 5:22-cv-1348<br><br>**ORDER** |

On Motion and good cause shown,

IT IS ORDERED dismissing the above case with prejudice. Each party shall bear its own costs, attorneys' fees and expenses.

DATED this 28th day of June, 2023.

*/s/ Dale S. Fischer*
U.S. District Judge